**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM TAYLOR,<br><br>        Appellant,<br><br>v.<br><br>SHU HUA QIN,<br><br>        Appellee. | Case No. 2:16-cv-00545-APG<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL** |

   On April 8, 2016, I set the briefing schedule for this appeal, requiring the opening brief to be filed within 14 days from that date. ECF No. 4. No opening brief was filed. Appellant did not move for an extension of time in which to file the opening brief.

   I therefore ordered appellant William Taylor to show cause in writing, no later than May 16, 2016, why this bankruptcy appeal should not be dismissed for failure to prosecute. I advised Taylor that failure to respond to the order to show cause would result in dismissal of this appeal with prejudice. Taylor did not respond.

   IT IS THEREFORE ORDERED that this bankruptcy appeal is **DISMISSED with prejudice**.

   DATED this 3rd day of June, 2016.

                                                                    _____
                                                                    ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE